THE PEOPLE OF THE STATE OF NEW YORK, Respondent
*v.* MARIANO ZANNI, Appellant.

*People* v. *Zanni*, 179 App. Div. 885, affirmed.
(Argued April 1. 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1917, which affirmed a judgment rendered at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the second degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.
*Francis Martin, District Attorney (Charles B. McLaughlin* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EVELYN AXELSEN, Appellant.

*People* v. *Axelsen*, 182 App. Div. 897, affirmed.
(Argued April 1, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of attempt to commit abortion. The question of law on appeal was: " Can a person, under subdivision 2, section 80 of the Penal Law, be convicted of the crime of attempting to commit the crime of abortion when the indictment and the proof affirmatively show that the subject was not a pregnant woman? "

*Saul J. Dickheiser* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment affirmed on the ground that pregnancy is not a material element of the crime of abortion under subdivision 2 of section 80 of the Penal Law (*Commonwealth* v. *Taylor*, 132 Mass. 261); no opinion.

Concur: CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.